UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RACHEL WARE and JOHUA MELLO,<br>    Plaintiffs,<br><br>    v.<br><br>CRANSTON PUBLIC SCHOOLS; SUPERINTENDENT JEANNINE NOTA-MASSE, in her individual and official capacity; PRINCIPAL TIMOTHY VESEY, in his individual and official capacity; ASSISTANT PRINCIPAL DEREK GUSTAFSON, in his individual and official capacity; ASSISTANT SUPERINTENDENT NORMA COLE, in her individual and official capacity; CRANSTON POLICE DEPARTMENT; COLONEL MICHEAL WINQUIST, in his individual and official capacity; CAPTAIN SEAN PARKER, in his individual and official capacity; CITY OF CRANSTON; MAYOR KENETH HOPKINS, in his individual and official capacity; CITY SOLICITOR CHRIS MILLEA, in his individual and official capacity; and JOHN ROCCHIO,<br>    Defendants. | C.A. No. 24-348-JJM-LDA |

ORDER

Defendants moved to dismiss the Complaint. ECF No. 13. The Court referred the motion to the Magistrate Judge who issued a Report and Recommendation ("R&R"). ECF No. 23. The Plaintiffs filed an objection, and the Defendants filed a reply. ECF No. 25.

The Court has now reviewed the motion in its entirety, as well as the R&R, and objection, and has concluded that the R&R should be accepted in total and the Defendants' Motion to Dismiss should be granted and judgment should enter for all the Defendants as a matter of law.

Ms. Ware and Mr. Mello have filed at least six lawsuits[1] that arise out of a no-trespass order that barred them from entering Cranston's Western Mills Middle School, where Mr. Mello's daughter was a student, and the Cranston School Department's Briggs Administrative Building. The no-trespass order resulted from Mr. Mello's criminal conviction for disorderly conduct at his daughter's school during school hours and possession of a prohibited weapon (knives).

The Plaintiffs allege a series of constitutional and state-law violations arises from the no-trespass order. The Magistrate Judge thoroughly and thoughtful addresses each claim and finds that, for the reasons stated in the R&R, all the federal claims should be dismissed, and the Court should decline to exercise supplemental jurisdiction over the remaining state-law claims. This Court agrees.

It is therefore ORDERED, the Court GRANTS Defendants' Motion to Dismiss and dismisses all claims against all Defendants—with prejudice as to the federal claims, and without prejudice as to the state-law claims.

---

[1] *See* federal complaints: *Mello v. Arruda*, C.A. No. 23-479; *Mello v. Arruda*, C.A. No. 23-480; and *Mello v. Cranston Sch. District*, C.A. No. 24-350; R.I. state court complaints: *Mello v. Vesey*, PC-2022-06458; and *Mello v. Dunton*, PC-2024-04818

IT IS SO ORDERED.

*s/ John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District Court

July 22, 2025