UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSHUA MELLO and RACHEL WARE,
 Plaintiffs,

v. C.A. No. 1:24-cv-00348-JJM-LDA

CRANSTON PUBLIC SCHOOLS, et al.,
 Defendants.

---

**NOTICE OF FILING PROPOSED ORDERS**

Plaintiffs, Joshua Mello and Rachel Ware, respectfully submit herewith two proposed orders for the Court's consideration in connection with Plaintiffs' Motion for Reconsideration (ECF No. 29) and Defendants' Objection (ECF No. 32).

- **Proposed Order, Version 1 (Full Relief):** Grants reconsideration, vacates the Judgment and prior Order, permits Plaintiffs leave to amend, and reassigns this matter to a different judicial officer under 28 U.S.C. § 455(a).
- **Proposed Order, Version 2 (Alternative Relief):** Grants reconsideration and vacates the Judgment and prior Order.

Plaintiffs respectfully request that the Court enter either version as appropriate.

Respectfully submitted,
/s/ Joshua Mello
/s/ Rachel Ware
57 Rolfe Square, Unit 10113
Cranston, RI 02910
kskustomsrideons@gmail.com
Dated: August 19, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th of August 2025, a copy of the foregoing NOTICE OF FILING PROPOSED ORDERS was served via the e-filing system and via email to:

| | |
|---|---|
| Julia K. Scott-Benevides<br>DeSisto Law LLC<br>(401) 272-4442<br>julia@desistolaw.com | Kathleen A. Hilton, Esq.<br>DeSisto Law LLC<br>(401) 272-4442<br>Katie@desistolaw.com |

/s/ Joshua Mello
/s/ Rachel Ware